UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MINJAREZ, <br><br> Petitioner, <br><br> v. <br><br> RIVERSIDE COUNTY SUPERIOR COURT, <br><br> Respondent. | CASE NO. ED CV 14-1238-RT (PJW) <br><br> J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:     8/15/14 .

ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MINJAREZ, J 1238\Judgment.wpd